**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 13-179-2** |
| | : | |
| **ROBERT MANSFIELD** | : | |

## ORDER

     **AND NOW,** this_____ day of October 2013, upon consideration of the defense Un-Opposed Motion for Continuance of Trial Date, the Court finds, pursuant to 18 U.S.C. § 3161 (h)(7), that (1) the above action cannot proceed to trial as previously scheduled and must be continued because the failure to continue this matter would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice; and therefore, (2) the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

     Accordingly, it is hereby **ORDERED** that the Motion is **GRANTED**. The trial in this matter is **CONTINUED**. A new date has not been set.

     The period from the new date of this Order to next trial date shall be **EXCLUDED** from all computations of time under the Speedy Trial Act, 18 U.S.C. § 3161 and 3164.

**BY THE COURT:**

_____         **THE HONORABLE PETRESE B. TUCKER**
**United States District Court Judge**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 13-179-2 |
| | : | |
| ROBERT MANSFIELD | : | |

## UN-OPPOSED MOTION
## FOR TRIAL CONTINUANCE

*To the Honorable Petrese B. Tucker, U.S. District Court Judge*:

Defendant Robert Mansfield, by his attorney William T. Cannon, Esquire, moves the Court in accord with the caption above and in support thereof avers the following:

1.    Mr. Mansfield is charged along with fugitive co-defendant Joseph Malcolm with conspiracy to distribute methamphetamine (21 U.S.C. § 846), distribution of methamphetamine (21 U.S.C. § 841 (a)(1)), and conspiracy to collect an extension of credit by extortionate means (18 U.S.C. § 894).

2.    Trial in this matter is presently scheduled for October 21, 2013.

3.    Undersigned counsel is presently exploiting the possibility of a non-trial disposition of this case. Impeding factors not yet resolved include the fugitive status of the co-defendant. A trial continuance will permit counsel on both sides a full opportunity to resolve those issues not yet settled.

4.    Assistant U.S. Attorney Robert Livermore, case prosecutor, does not oppose the grant of the instant motion.

**Wherefore**,   the Court is asked to enter an Order in the form attached hereto.

**Respectfully Submitted**,

*/s/ William T. Cannon*

_____

**WILLIAM T. CANNON, ESQUIRE**
Attorney for Defendant
Robert Mansfield
100 S. Broad Street, Suite 1910
Philadelphia, Pennsylvania 19110
Telephone (215) 751- 0909

# C E R T I F I C A T E   O F   S E R V I C E

William T. Cannon, Esquire, attorney for the defendant Robert Mansfield, hereby

certifies that service upon Government counsel identified below will be accomplished by ECF

filing this date:

Robert Livermore, Esquire
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania 19106

**Date**: 10/7/2013                    /s/ William T. Cannon
                                        **WILLIAM T. CANNON, ESQUIRE**